**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MARCO MARTINEZ ROMAN,**                                    20-cv-3752 (JGK)

        Petitioner,                              <u>ORDER</u>

   - against -

**THOMAS DECKER, ET AL.,**

        Respondents.

---

**JOHN G. KOELTL, District Judge:**

    As stated at the conference held on July 8, 2020, the respondents may file supplemental declarations by July 10, 2020. Any exhibits or portions of the declarations containing medical records should be filed under seal.

**SO ORDERED.**

**Dated:**   **New York, New York**
        **July 9, 2020**                          /s/ John G. Koeltl
                                                    **John G. Koeltl**
                                          **United States District Judge**