```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

MARCO MARTINEZ ROMAN,

                Petitioner,           20-cv-3752 (JGK)

      - against -                   ORDER

THOMAS DECKER, ET AL.,

                Respondents.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    Having considered the arguments of the parties in their briefs and at oral argument, the petition for habeas corpus is **dismissed.** The Clerk is directed to enter judgment dismissing the writ.

    The Court is providing parties with a detailed opinion and order under seal because many of the submissions contained the petitioner's medical records and were filed under seal. The parties should advise the Court by **July 16, 2020** whether any portion of the public opinion should be redacted and filed under seal because it refers to the petitioner's medical records.

**SO ORDERED.**

Dated:    New York, New York
           July 13, 2020                    /s/ John G. Koeltl
                                              **John G. Koeltl**
                                       **United States District Judge**