# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

**MARCO MARTINEZ ROMAN,**

                           Petitioner,                      20 **CIVIL** 3752 (JGK)

     -against-                                    **JUDGMENT**

**THOMAS DECKER, ET AL.,**

                           Respondents.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 13, 2020, the petition for habeas corpus is dismissed.

**DATED:**  New York, New York
            July 13, 2020

                                                       **RUBY J. KRAJICK**
                                                    _____
                                                         **Clerk of Court**
                                **BY:**
                                                         _____
                                                           **Deputy Clerk**