**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MARCO MARTINEZ ROMAN,**

                    **Petitioner,**

       **- against -**

**THOMAS DECKER, ET AL.,**

                    **Respondents.**

**20-cv-3752 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

       The petitioner has requested redactions from the Court's Opinion because there are references to medical conditions or medications found in the medical records that were filed under seal. The respondents object that the redactions are too extensive. The Court has redacted the Opinion to remove references to specific medications or medical details that are not otherwise in the petitioner's publicly filed papers to protect his privacy. Further redactions are unwarranted. The petitioner's requested redactions would include material that is in the petitioner's own filings or do not involve any personal privacy.

**SO ORDERED.**

**Dated:    New York, New York**
**          July 24, 2020**

                             /s/ John G. Koeltl
                            **John G. Koeltl**
                 **United States District Judge**