**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

MARCO MARTINEZ ROMAN,

                 Petitioner,

      -against-

THOMAS DECKER, et al.,

                Respondents.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2020

20 **CIVIL** 3752 (JGK)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated July 24, 2020, the Court has

considered all of the arguments raised by the parties. To the extent not specifically addressed, the

arguments are either moot or without merit. The petitioner has failed show that he has a serious

medical need that the respondents have treated with deliberate indifference. Accordingly, the

petitioner's substantive due process claim is denied. The petitioner has also failed to exhaust

administrative remedies following the IJ's denial of bond and has failed to meet any of the

exceptions to the prudential exhaustion requirement. Accordingly, the petitioner's procedural due

process claim is denied without prejudice and judgment is entered dismissing the writ; accordingly,

this case is closed.

**Dated:** New York, New York

       July 27, 2020

                              **RUBY J. KRAJICK**

                              **Clerk of Court**

            **BY:**

                              **Deputy Clerk**